**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6694**

ANDRE GLAUDE,

          Petitioner - Appellant,

     v.

WARDEN ZYCH,

          Respondent – Appellee,

    and

JOHN DOE; JANE DOE; JUDGMENT OF THE HONORABLE ABRECHT; SOCIETY OF THE UNITED STATES,

          Respondents.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Chief District Judge. (7:12-cv-00047-GEC)

Submitted: July 19, 2012         Decided: July 26, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Glaude, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Glaude appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Glaude v. Warden Zych, No. 7:12-cv-00047-GEC (W.D. Va. Feb. 29, 2012; Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED